# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | CASE NO. 2:19-cv-00019-WOB-CJS |
| | JUDGE BERTELSMAN |
| | MAGISTRATE JUDGE SMITH |
| Plaintiffs, | |
| v. | PLAINTIFF'S SUPPLEMENT TO MOTION TO ADMIT G. TAYLOR WILSON *PRO HAC VICE* |
| WP COMPANY LLC d/b/a THE WASHINGTON POST | |
| Defendant. | |

Pursuant to the Court's March 6, 2019 Order (Doc No. 8), Plaintiff Nicholas Sandmann, by and through his parents and natural guardians, Ted Sandmann and Julie Sandmann, hereby supplements Plaintiff's Motion to admit G. Taylor Wilson *pro hac vice* as follows:

Under Local Rule 83.2(a)(2), Mr. Wilson is not currently and has never been disbarred, suspended from practice, or subject to other disciplinary action by any court, state, territory, or the District of Columbia.

Respectfully submitted,

*/s/ Todd V. McMurtry*_____
Todd V. McMurtry (KBA No. 82101)
Kyle M. Winslow (KBA No. 95343)
HEMMER DEFRANK WESSELS PLLC
250 Grandview Drive, Suite 500
Fort Mitchell, Kentucky  41017
(859) 344-1188
(859) 578-3869 (fax)
tmcmurtry@HemmerLaw.com
kwinslow@HemmerLaw.com

*Trial Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that on March 8, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties indicated on the electronic filing receipt.

And I hereby certify that I will mail the document by U.S. mail to the following:

WP Company LLC d/b/a
The Washington Post
c/o CT Corporation System
1015 15th Street, NW
Washington, D.C. 20005

*/s/ Todd V. McMurtry*_____
Todd V. McMurtry, Esq.