UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMAN, ET AL., | |
| PLAINTIFF, | |
| V. | NO. 2:19-CV-19-WOB-CJS |
| WP COMPANY LLC D/B/A THE WASHINGTON POST, | |
| DEFENDANTS. | |

**THE WASHINGTON POST'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, WP Company LLC d/b/a The Washington Post (the "Post") files its Corporate Disclosure Statement:

The Post is a wholly owned subsidiary of Nash Holdings LLC. Nash Holdings LLC is privately held and does not have any outstanding securities in the hands of the public.

/s/ Bethany A. Breetz

William E. Geisen
STITES & HARBISON, PLLC
100 East RiverCenter Boulevard, Suite 450
Covington, KY  41011
Telephone:  (859) 652-7601

Philip W. Collier
Bethany A. Breetz
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3400

*Counsel for The Washington Post*

- 2 -

**Certificate of Service**

      I hereby certify that on March 18, 2019, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

/s/ Bethany A. Breetz  
*Counsel for The Washington Post*
