UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

NICHOLAS SANDMANN, ET AL.,

    PLAINTIFFS,

V.

WP COMPANY LLC D/B/A THE WASHINGTON POST,

    DEFENDANT.

NO. 2:19-CV-19-WOB-CJS

**Agreed Order Extending Response Time**

By agreement of the parties, as reflected by the signatures of their respective counsel, the Defendant's, WP Company LLC d/b/a The Washington Post's, time for responding to the Complaint shall be extended to April 9, 2019.

Dated this _____ day of March, 2019.

Have seen and agreed:

*/s/ William G. Geisen*

Philip W. Collier
Bethany A. Breetz
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3400

William G. Geisen
STITES & HARBISON, PLLC
100 East RiverCenter Boulevard, Suite 450
Covington, KY  41011
Telephone:  (859) 652-7601

Email: pcollier@stites.com
          bbreetz@stites.com
          wgeisen@stites.com

*Attorneys for Defendant*

*/s/ Todd V. McMurtry (by WGG per email authorization of 3/18/19)*

Todd V. McMurtry
Kyle M. Winslow
HEMMER DEFRANK WESSELS PLLC
250 Grandview Drive, Suite 500
Ft. Mitchell, Kentucky 41017
Telephone: (859) 344-1188

Email: tmcmurtry@hemmerlaw.com
          kwinslow@hemmerlaw.com

L. Lin Wood
G. Taylor Wilson
Jonathan D. Grunberg
L. LIN WOOD, PC
1180 W. Peachtree Street, Suite 2040
Atlanta, GA 30309

Email: lwood@linwoodlaw.com
          twilson@linwoodlaw.com
          jgrunberg@linwoodlaw.com

*Attorneys for Plaintiffs*