UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, ET AL., | |
| PLAINTIFFS, | |
| V. | NO. 2:19-CV-19-WOB-CJS |
| WP COMPANY LLC D/B/A THE WASHINGTON POST, | |
| DEFENDANT. | |

**ORDER GRANTING MOTION FOR ADDITIONAL PAGES**

The defendant, WP Company LLC d/b/a The Washington Post, having filed a motion seeking additional pages for its motion to dismiss, and the Court having reviewed the motion and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the motion for additional pages is GRANTED.

Dated this _____ day of April, 2019.

Tendered by:

*/s/ Bethany A. Breetz*
Philip W. Collier
Bethany A. Breetz
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3400

William G. Geisen
STITES & HARBISON, PLLC
100 East RiverCenter Boulevard, Suite 450
Covington, KY  41011
Telephone:  (859) 652-7601

*Attorneys for Defendant*