UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

|  |  |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>    Plaintiffs,<br><br>v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST,<br><br>    Defendant. | No. 2:19-cv-19-WOB-CJS |

**MOTION OF THE WASHINGTON POST TO DISMISS
FOR FAILURE TO STATE A CLAIM**

WP Company LLC, doing business as The Washington Post, by and through its undersigned counsel, moves the Court for an order dismissing the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. Arguments in support of the motion are set forth in the attached memorandum of law.

Pursuant to Local Rule 7.1(f), the Washington Post requests oral argument on the motion to dismiss.

/s/ *Bethany A. Breetz*

| | |
|---|---|
| Philip W. Collier | Kevin T. Baine (*pro hac vice* motion pending) |
| Bethany A. Breetz | Thomas G. Hentoff (*pro hac vice* motion pending) |
| STITES & HARBISON, PLLC | Nicholas G. Gamse (*pro hac vice* motion pending) |
| 400 West Market Street, Suite 1800 | Katherine Moran Meeks (*pro hac vice* motion pending) |
| Louisville, KY  40202-3352 | Whitney G. Woodward (*pro hac vice*) |
| Telephone:  (502) 587-3400 | WILLIAMS & CONNOLLY LLP |
| | 725 Twelfth Street, N.W. |
| William G. Geisen | Washington, DC  20005 |
| STITES & HARBISON, PLLC | Telephone:  (202) 434-5000 |
| 100 East RiverCenter Boulevard | |
| Suite 450 Covington, KY  41011 | *Counsel for The Washington Post* |
| Telephone:  (859) 652-7601 | |

*Counsel for The Washington Post*

**Certificate of Service**

I hereby certify that on April 9, 2019, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

/s/ *Bethany A. Breetz*
*Counsel for The Washington Post*