# Exhibit 6

| | CHALLENGED STATEMENTS & GROUNDS FOR DISMISSAL<br>THE WASHINGTON POST'S 12(B)(6) MOTION TO DISMISS | | | | | |
|---|---|---|---|---|---|---|
| **ARTICLE & STATEMENT** | **CHALLENGED STATEMENT*** | **PARAGRAPH(S) OF COMPLAINT** | **NOT OF AND CONCERNING** | **NOT DEFAMATORY** | **FALSITY/ SUBSTANTIAL TRUTH** | **OPINION** |
| | **FIRST AND SECOND ARTICLES** | | | | | |
| 1(a) | Headline: "'It was getting ugly': Native American drummer speaks on the MAGA-hat wearing teens who surrounded him." | ¶ 118(a); ¶ 121 | X | X | | X |
| 1(b) | "In an interview Saturday, Phillips, 64, said he felt threatened by the teens and that they suddenly swarmed around him as he and other activists were wrapping up the march and preparing to leave." | ¶ 118(b); ¶ 121 | X | X | | X |
| 1(c) | "Phillips, who was singing the American Indian Movement song of unity that serves as a ceremony to send the spirits home, said he noticed tensions beginning to escalate when the teens and other apparent participants from the nearby March for Life rally began taunting the dispersing indigenous crowd." | ¶ 118(c); ¶ 121 | X | | X | X |
| 1(d) | "A few people in the March for Life crowd began to chant 'Build that wall, build that wall,' he said." | ¶ 118(d); ¶ 121 | X | X | | |
| 1(e) | "'It was getting ugly, and I was thinking: 'I've got to find myself an exit out of this situation and finish my song at the Lincoln Memorial,' Phillips recalled. 'I started going that way, and that guy in the hat stood in my way and we were at an impasse. He just blocked my way and wouldn't allow me to retreat.'" | ¶ 118(e); ¶ 121 | | X | X | X |

---

* This chart addresses only the specific statements challenged in the Complaint. It does not address Plaintiff's alleged defamatory implications.

| | CHALLENGED STATEMENTS & GROUNDS FOR DISMISSAL<br>THE WASHINGTON POST'S 12(B)(6) MOTION TO DISMISS | | | | | |
|---|---|---|---|---|---|---|
| ARTICLE & STATEMENT | CHALLENGED STATEMENT* | PARAGRAPH(S) OF COMPLAINT | NOT OF AND CONCERNING | NOT DEFAMATORY | FALSITY/ SUBSTANTIAL TRUTH | OPINION |
| 1(f) | "'It clearly demonstrates the validity of our concerns about the marginalization and disrespect of Indigenous peoples, and it shows that traditional knowledge is being ignored by those who should listen most closely,' Darren Thompson, an organizer for the [Indigenous Peoples Movement], said in the statement." | ¶ 118(f); ¶ 121 | X | X | | X |
| 1(g) | "Chase Iron Eyes, an attorney with the Lakota People Law Project, said the incident lasted about 10 minutes and ended when Phillips and other activists walked away." | ¶ 118(g); ¶ 121 | X | X | X | |
| 1(h) | "'It was an aggressive display of physicality. They were rambunctious and trying to instigate a conflict,' he said. 'We were wondering where their chaperones were. [Phillips] was really trying to defuse the situation.'" | ¶ 118(h); ¶ 121 | X | | | X |
| 1(i) | "Phillips, an Omaha tribe elder who also fought in the Vietnam war, has encountered anti-Native American sentiments before . . . ." | ¶ 118(i); ¶ 121 | X | | | X |
| **SECOND ARTICLE** | | | | | | |
| 2(a) | "'We [Bishop Foys and the Diocese of Covington] condemn the actions of the Covington Catholic High School students towards Nathan Phillips specifically, and Native Americans in general,' the statement said. 'The matter is being investigated and we will take appropriate action, up to and including expulsion.' … The diocese's statement expressed | ¶ 121(a) | X | | X | X |

2

| | CHALLENGED STATEMENTS & GROUNDS FOR DISMISSAL THE WASHINGTON POST'S 12(B)(6) MOTION TO DISMISS | | | | | |
|---|---|---|---|---|---|---|
| **ARTICLE & STATEMENT** | **CHALLENGED STATEMENT*** | **PARAGRAPH(S) OF COMPLAINT** | **NOT OF AND CONCERNING** | **NOT DEFAMATORY** | **FALSITY/ SUBSTANTIAL TRUTH** | **OPINION** |
| | regret that jeering, disrespectful students from a Catholic school had become the enduring image of the march." | | | | | |
| **THIRD ARTICLE** | | | | | | |
| 3(a) | Headline: "Marcher's accost by boys in MAGA caps draws ire" | ¶ 129(a) | X | X | | |
| 3(b) | "In an interview Saturday, Phillips, 64, said he felt threatened by the teens and that they suddenly swarmed around him as he and other activists were wrapping up the march and preparing to leave." | ¶ 129(b) | X | X | | X |
| 3(c) | "Phillips, who was singing the American Indian Movement song of unity that serves as a ceremony to send the spirits home, said he noticed tensions beginning to escalate when the teens and other apparent participants from the nearby March for Life rally began taunting the dispersing indigenous crowd." | ¶ 129(c) | X | | X | X |
| 3(d) | "A few people in the March for Life crowd began to chant 'Build that wall, build that wall,' he said." | ¶ 129(d) | X | X | | |
| 3(e) | "'It was getting ugly, and I was thinking: 'I've got to find myself an exit out of this situation and finish my song at the Lincoln Memorial,' Phillips recalled. 'I started going that way, and that guy in the hat stood in my way and we were at an impasse. He just blocked my way and wouldn't allow me to retreat.'" | ¶ 129(e) | | X | X | X |

3

| | CHALLENGED STATEMENTS & GROUNDS FOR DISMISSAL THE WASHINGTON POST'S 12(B)(6) MOTION TO DISMISS | | | | | |
|---|---|---|---|---|---|---|
| ARTICLE & STATEMENT | CHALLENGED STATEMENT* | PARAGRAPH(S) OF COMPLAINT | NOT OF AND CONCERNING | NOT DEFAMATORY | FALSITY/ SUBSTANTIAL TRUTH | OPINION |
| 3(f) | "'It clearly demonstrates the validity of our concerns about the marginalization and disrespect of Indigenous peoples, and it shows that traditional knowledge is being ignored by those who should listen most closely,' Darren Thompson, an organizer for the [Indigenous Peoples Movement], said in the statement." | ¶ 129(f) | X | X | | X |
| 3(g) | "'We [Bishop Foys and the Diocese of Covington] condemn the actions of the Covington Catholic High School students towards Nathan Phillips specifically, and Native Americans in general,' the statement said. 'The matter is being investigated and we will take appropriate action, up to and including expulsion.' … The diocese's statement expressed regret that jeering, disrespectful students from a Catholic school had become the enduring image of the march." | ¶ 129(g) | X | | X | X |
| 3(h) | "Chase Iron Eyes, an attorney with the Lakota People Law Project, said the incident lasted about 10 minutes and ended when Phillips and other activists walked away." | ¶ 129(h) | X | X | X | |
| 3(i) | "'It was an aggressive display of physicality. They were rambunctious and trying to instigate a conflict,' he said. 'We were wondering where their chaperones were. [Phillips] was really trying to defuse the situation.'" | ¶ 129(i) | X | | | X |
| 3(j) | "In that role, he [Phillips] has encountered anti-Native American sentiment before . . . ." | ¶ 129(j) | X | | | X |

4

| | CHALLENGED STATEMENTS & GROUNDS FOR DISMISSAL THE WASHINGTON POST'S 12(B)(6) MOTION TO DISMISS | | | | | |
|---|---|---|---|---|---|---|
| ARTICLE & STATEMENT | CHALLENGED STATEMENT* | PARAGRAPH(S) OF COMPLAINT | NOT OF AND CONCERNING | NOT DEFAMATORY | FALSITY/ SUBSTANTIAL TRUTH | OPINION |
| **FOURTH ARTICLE** | | | | | | |
| 4(a) | Headline: "Opposed to the dignity of the human person': Kentucky Catholic diocese condemns teens who taunted vet at March for Life." | ¶ 136(a) | X | | X | X |
| 4(b) | "A viral video of a group of Kentucky teens in 'Make America Great Again' hats taunting a Native American veteran on Friday . . ." | ¶ 136(b) | X | | X | X |
| 4(c) | "A few of the young people chanted 'Build that wall, build that wall,' the man said, adding that a teen, shown smirking at him in the video, was blocking him from moving." | ¶ 136(c) | X | X | X | X |
| 4(d) | "We condemn the actions of the Covington Catholic high school students towards Nathan Phillips specifically, and Native Americans in general,' a statement by the Roman Catholic Diocese of Covington and Covington Catholic High School read. 'We extend our deepest apologies to Mr. Phillips. This behavior is opposed to the Church's teachings on the dignity and respect of the human person. The matter is being investigated and we will take appropriate action, up to and including expulsion." | ¶ 136(d) | X | | X | X |
| **FIFTH ARTICLE** | | | | | | |
| 5(a) | "Friday's incident near the Lincoln Memorial in which a group of high school boys confronted an elderly Native American man sent a ripple of fear and anger across the | ¶ 141(a) | | X | X | X |

5

| | CHALLENGED STATEMENTS & GROUNDS FOR DISMISSAL THE WASHINGTON POST'S 12(B)(6) MOTION TO DISMISS | | | | | |
|---|---|---|---|---|---|---|
| ARTICLE & STATEMENT | CHALLENGED STATEMENT* | PARAGRAPH(S) OF COMPLAINT | NOT OF AND CONCERNING | NOT DEFAMATORY | FALSITY/ SUBSTANTIAL TRUTH | OPINION |
| | country. The image of a group of high school boys clad in 'Make America Great Again' hats, smirking and laughing as one of their members appeared to physically intimidate Nathan Phillips resurfaced tensions that have been simmering since President Trump's campaign began." | | | | | |
| 5(b) | "At one point, some reportedly chanted, 'Build the wall!'" | ¶ 141(b) | X | X | | |
| 5(c) | "It's clear from Friday's incident on the Mall that the young men who confronted the Native American protester had somehow internalized that their behavior was acceptable." | ¶ 141(c) | X | X | | X |
| | **SIXTH ARTICLE** | | | | | |
| 6(a) | "The Israelites and students exchanged taunts, videos show. The Native Americans and Hebrew Israelites say some students shouted, 'Build the wall!'" | ¶ 149(a) | X | X | X | X |
| 6(b) | "When I took that drum and hit that first beat … it was a supplication to God," said Nathan Phillips, a member of the Omaha tribe and a Marine veteran. 'Look at us, God, look at what is going on here; my America is being torn apart by racism, hatred, bigotry.'" | ¶ 149(b) | X | | | X |
| 6(c) | "While the groups argued, some students laughed and mocked them . . . . 'They were sitting there, mocking me as I was trying to teach my brothers, so yes the attention turned to them,' Israel told The Washington Post." | ¶ 149(c) | X | X | X | X |
| 6(d) | "Phillips said he and his fellow Native American activists also had issues with the students throughout the day. | ¶ 149(d) | X | | | |

| CHALLENGED STATEMENTS & GROUNDS FOR DISMISSAL<br>THE WASHINGTON POST'S 12(B)(6) MOTION TO DISMISS ||||||||
|---|---|---|---|---|---|---|---|
| **ARTICLE & STATEMENT** | **CHALLENGED STATEMENT*** | **PARAGRAPH(S) OF COMPLAINT** | **NOT OF AND CONCERNING** | **NOT DEFAMATORY** | **FALSITY/ SUBSTANTIAL TRUTH** | **OPINION** ||
| | "'Before they got centered on the black Israelites, they would walk through and say things to each other, like, 'Oh, the Indians in my state are drunks or thieves,' the 64-year-old said." | | | | | ||
| 6(e) | "Phillips said he heard students shout, 'Go back to Africa!'" | ¶ 149(e) | X | | | ||
| 6(f) | "'They were mocking my ancestors in a chant …' he said." | ¶ 149(f) | X | | | X ||
| 6(g) | "Jon Stegenga, a photojournalist who drove to Washington on Friday from South Carolina to cover the Indigenous Peoples March, recalled hearing students say 'build the wall' and 'Trump 2020.' He said it was about that time that Phillips intervened." | ¶ 149(g) | X | X | | ||
| 6(h) | "Most of the students moved out of his way, the video shows. But Sandmann stayed still.<br><br>"Asked why he felt the need to walk into the group of students, Phillips said he was trying to reach the top of the memorial, where friends were standing. But Phillips also said he saw more than a teenage boy in front of him. He saw a long history of white oppression of Native Americans.<br><br>"'Why should I go around him?' he asked. 'I'm just thinking of 500 years of genocide in this country, what your people have done. You don't even see me as a human being.'" | ¶ 149(h) | | X | X | X ||

7

| | CHALLENGED STATEMENTS & GROUNDS FOR DISMISSAL<br>THE WASHINGTON POST'S 12(B)(6) MOTION TO DISMISS | | | | | |
|---|---|---|---|---|---|---|
| ARTICLE & STATEMENT | CHALLENGED STATEMENT* | PARAGRAPH(S) OF COMPLAINT | NOT OF AND CONCERNING | NOT DEFAMATORY | FALSITY/ SUBSTANTIAL TRUTH | OPINION |
| 6(i) | "'He [Phillips] was dealing with a lot of feelings, as he was being surrounded and not being shown respect,' the photographer said." | ¶ 149(i) | X | X | X | X |
| 6(j) | "School officials and the Catholic Diocese of Covington released a joint statement Saturday condemning and apologizing for the students' actions. 'The matter is being investigated and we will take appropriate action, up to and including expulsion,' the statement said." | ¶ 149(j) | X | | X | X |
| **SEVENTH ARTICLE** | | | | | | |
| 7(a) | "The Israelites and students exchanged taunts, videos show. The Native Americans and Hebrew Israelites say some students shouted, 'Build the wall!'" | ¶ 156(a) | X | X | X | X |
| 7(b) | "When a Native American elder intervened, singing and playing a prayer song, scores of students around him seem to mimic and mock him, a video posted Monday shows." | ¶ 156(b) | X | | X | X |
| 7(c) | "The Kentucky teens' church apologized on Saturday, condemning the students' actions." | ¶ 156(c) | X | | X | X |
| 7(d) | "When I took that drum and hit that first beat … it was a supplication to God," said Nathan Phillips, a member of the Omaha tribe and a Marine veteran. 'Look at us, God, look at what is going on here; my America is being torn apart by racism, hatred, bigotry.'" | ¶ 156(d) | X | | | X |
| 7(e)(f) | "While the groups argued, some students laughed and mocked them . . . . 'They were sitting there, mocking me as | ¶ 156(e), (f) | X | X | X | X |

| | CHALLENGED STATEMENTS & GROUNDS FOR DISMISSAL THE WASHINGTON POST'S 12(B)(6) MOTION TO DISMISS | | | | | |
|---|---|---|---|---|---|---|
| ARTICLE & STATEMENT | CHALLENGED STATEMENT* | PARAGRAPH(S) OF COMPLAINT | NOT OF AND CONCERNING | NOT DEFAMATORY | FALSITY/ SUBSTANTIAL TRUTH | OPINION |
| | I was trying to teach my brothers, so yes the attention turned to them,' Israel told The Washington Post." | | | | | |
| 7(g) | "Phillips said he and his fellow Native American activists also had issues with the students throughout the day. 'Before they got centered on the black Israelites, they would walk through and say things to each other, like, 'Oh, the Indians in my state are drunks or thieves,' the 64-year-old said." | ¶ 156(g) | X | | | |
| 7(h) | "Phillips said he heard students shout, 'Go back to Africa!'" | ¶ 156(h) | X | | | |
| 7(i) | "'They were mocking my ancestors in a chant …' he said." | ¶ 156(i) | X | | | X |
| 7(j) | "Jon Stegenga, a photojournalist who drove to Washington on Friday from South Carolina to cover the Indigenous Peoples March, recalled hearing students say 'build the wall' and 'Trump 2020.' He said it was about that time that Phillips intervened." | ¶ 156(j) | X | X | | |
| 7(k) | "Most of the students moved out of his way, the video shows. But Sandmann stayed still.<br><br>"Asked why he felt the need to walk into the group of students, Phillips said he was trying to reach the top of the memorial, where friends were standing. But Phillips also said he saw more than a teenage boy in front of him. He saw a long history of white oppression of Native Americans.<br><br>"'Why should I go around him?' he asked. 'I'm just thinking of 500 years of genocide in this country, what your | ¶ 156(k) | | X | X | X |

9

| | CHALLENGED STATEMENTS & GROUNDS FOR DISMISSAL THE WASHINGTON POST'S 12(B)(6) MOTION TO DISMISS | | | | | |
|---|---|---|---|---|---|---|
| ARTICLE & STATEMENT | CHALLENGED STATEMENT* | PARAGRAPH(S) OF COMPLAINT | NOT OF AND CONCERNING | NOT DEFAMATORY | FALSITY/ SUBSTANTIAL TRUTH | OPINION |
| | people have done. You don't even see me as a human being.'" | | | | | |
| 7(l) | "'He [Phillips] was dealing with a lot of feelings, as he was being surrounded and not being shown respect,' the photographer said." | ¶ 156(l) | X | X | X | X |
| 7(m) | "School officials and the Catholic Diocese of Covington released a joint statement Saturday condemning and apologizing for the students' actions. 'The matter is being investigated and we will take appropriate action, up to and including expulsion,' the statement said." | ¶ 156(m) | X | | X | X |
| | **TWEETS** | | | | | |
| 8(a) | "In an interview with The Post, Omaha Tribe elder Nathan Phillips says he 'felt like the spirit was talking through me' as teens jeered and mocked him." | ¶ 158(a) | X | | X | X |
| 8(b) | "He was singing the American Indian Movement song of unity that serves as a ceremony to send the spirits home. 'It was getting ugly, and I was thinking: 'I've got to find myself an exit out of this situation and finish my song at the Lincoln Memorial.'" | ¶ 158(b) | X | X | | X |
| 8(c) | "Phillips, who fought in the Vietnam War, says in an interview 'I started going that way, and that guy in the hat stood in my way and we were at an impasse. He just blocked my way and wouldn't allow me to retreat.'" | ¶ 158(c) | | X | X | X |