UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2019-19 - WOB-CJS

NICHOLAS SANDMAN, by and through his
Parents and natural guardians TED and
JULIE SANDMANN                                                          PLAINTIFF

VS.

WP COMPANY LLC
d/b/a THE WASHINGTON POST                                               DEFENDANT

ORDER

     This matter is before the Court on the motion of the defendant to dismiss the complaint herein for failure to state a claim upon which relief may be granted (Doc. 27). See Fed. R. Civ. P. 12(b)(6).

     **IT IS ORDERED:**  that this matter is hereby set for **formal oral argument  on July 1, 2019, at 1 p.m**. **EDT** in the 5th floor Courtroom of the Covington Federal Courthouse at 35 W.5th Street, Covington, Kentucky.

     Each party shall be allowed 30 minutes. The movant may divide its time.

     This 6th day of June, 2019.



**Signed By:**

_**William O. Bertelsman**_  WOB

**United States District Judge**