UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>      Plaintiffs,<br><br>v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST,<br><br>      Defendant. | No. 2:19-cv-19-WOB-CJS |

### MOTION FOR ATTORNEYS ADMITTED PRO HAC VICE TO BE PERMITTED TO USE ELECTRONIC DEVICES

WP Company LLC, doing business as The Washington Post, by and through undersigned counsel, moves the Court, pursuant to General Order 14-11, for an order allowing out-of-state counsel for The Washington Post to possess and use electronic devices in the U.S. Courthouse in Covington on July 1, 2019.

Specifically, Kevin T. Baine, Thomas G. Hentoff, Nicholas G. Gamse and Katherine Moran Meeks have been admitted pro hac vice in this matter and plan to attend oral argument in this matter on July 1, 2019.  They and request to possess and use electronic devices as follows:

- Messrs. Baine and Hentoff:  phone
- Mr. Gamse and Ms. Meeks:  mifi device, laptop, and phone

Undersigned counsel, as well the out-of-state counsel admitted pro hac vice in this matter, have read and understand the limitations of General Order 14-11 and agree to abide by its terms.

/s/ *Bethany A. Breetz*
Philip W. Collier
Bethany A. Breetz
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400

William G. Geisen
STITES & HARBISON, PLLC
100 East RiverCenter Boulevard
Suite 450 Covington, KY 41011
Telephone: (859) 652-7601

Kevin T. Baine (admitted *pro hac vice*)
Thomas G. Hentoff (admitted *pro hac vice*)
Nicholas G. Gamse (admitted *pro hac vice*)
Katherine Moran Meeks (admitted *pro hac vice*)
Whitney G. Woodward (admitted *pro hac vice*)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

*Counsel for The Washington Post*

### Certificate of Service

I hereby certify that on June 27, 2019, I electronically filed the foregoing motion by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

/s/ *Bethany A. Breetz*
*Counsel for The Washington Post*

1319760:1:LOUISVILLE