Eastern District of Kentucky
FILED

JUN 28 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

NICHOLAS SANDMANN, by and through
his parents and natural guardians, TED
SANDMANN and JULIE SANDMANN,

Plaintiffs,

v.

No. 2:19-CV-19-WOB-CJS

WP COMPANY LLC, d/b/a THE
WASHINGTON POST,

Defendant.

**ORDER GRANTING MOTION REGARDING ELECTRONIC DEVICES**

Defendant WP Company LLC, doing business as The Washington Post, by and through its counsel, having sought permission for out-of-state counsel for the Washing Post to possess and use electronic devices in the U.S. Courthouse in Covington on July 1, 2019, and the Court having reviewed the motion and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the motion (Doc. 39) is GRANTED. Specifically, pursuant to General Order 14-11, Kevin T. Baine and Thomas G. Hentoff are permitted to possess and use cellular phones and Nicholas G. Gamse and Katherine Moran Meeks are permitted to possess and use a mifi device, laptop, and cellular phone in the U.S. Courthouse in Covington on July 1, 2019.

This 28th day of July, 2019.

William O. Bertelsman
WILLIAM O. BERTELSMAN
UNITED STATES DISTRICT JUDGE

Tendered by:

*/s/ Bethany A. Breetz*
Philip W. Collier
Bethany A. Breetz
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400

William G. Geisen
STITES & HARBISON, PLLC
100 East RiverCenter Boulevard, Suite 450
Covington, KY 41011
Telephone: (859) 652-7601

Kevin T. Baine (*pro hac vice* motion pending)
Thomas G. Hentoff (*pro hac vice* motion pending)
Nicholas G. Gamse (*pro hac vice* motion pending)
Katherine Moran Meeks (*pro hac vice* motion pending)
Whitney G. Woodward (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000

*Counsel for The Washington Post*