Eastern District of Kentucky
**F I L E D**

JUN 28 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## AT COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN**, by and through his parents and natural guardians, **TED SANDMANN** and **JULIE SANDMANN**, | : CASE NO. 2:19-cv-19-WOB-CJS : : **JUDGE BERTELSMAN** : : **MAGISTRATE JUDGE SMITH** |
| Plaintiff, | : |
| v. | : **ORDER GRANTING PLAINTIFF'S** : **MOTION REGARDING** |
| **WP COMPANY, LLC d/b/a THE WASHINGTON POST**, | : **ELECTRONIC DEVICES** : |
| Defendant. | : |

Plaintiff, Nicholas Sandmann, by and through his parents and natural guardians, Ted Sandmann and Julie Sandmann, by and through his counsel, having sought permission for out-of-state counsel for Plaintiff to possess and use electronic devices in the U.S. Courthouse in Covington on July 1, 2019, and the Court having reviewed the motion and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's motion (Doc 40) is GRANTED. Specifically, pursuant to General Order 14-11, L. Lin Wood, G. Taylor Wilson, Jonathan D. Grunberg, and Nicole Jennings Wade are permitted to use cell phones and laptops in the U.S. Courthouse in Covington on July 1, 2019.

Dated this 28th day of June, 2019.

William C. Bertelsman
UNITED STATES DISTRICT JUDGE

Tendered by:

*/s/ Todd V. McMurtry*
Todd V. McMurtry
Kentucky Bar No. 82101
tmcmurtry@hemmerlaw.com
Kyle M. Winslow
Kentucky Bar No. 95343
kwinslow@hemmerlaw.com
250 Grandview Drive, Ste. 500
Ft. Mitchell, KY 41017
Tel: 859-344-1188
Fax: 859-578-3869

L. Lin Wood (*pro hac vice*)
lwood@linwoodlaw.com
Nicole Jennings Wade (*pro hac vice*)
nwade@linwoodlaw.com
G. Taylor Wilson (*pro hac vice*)
twilson@linwoodlaw.com
Jonathan D. Grunberg (*pro hac vice*)
jgrunberg@linwoodlaw.com
1180 W. Peachtree Street, Ste. 2040
Atlanta, GA 30309
Tel: 404-891-1402
Fax: 404-506-9111

*Trial Attorneys for Plaintiff*