Eastern District of Kentucky
**F I L E D**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CIVIL MINUTES – GENERAL

JUL - 1 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CASE NO.: 2:19-19-WOB-CJS     at COVINGTON     DATE: July 1, 2019

Style:  NICHOLAS SANDMANN V. WP COMPANY LLC

Present:  HON. WILLIAM O. BERTELSMAN, UNITED STATED DISTRICT
          JUDGE

Court Reporter: JOAN AVERDICK   Courtroom Deputy: Elaine Oldiges

Law Clerks: DAWN ROGERS, DEVIN ADAMS, VICTORIA BOLAND


ATTORNEYS PRESENT FOR PLAINTIFF

Todd McMurtry, Lin Wood, Taylor Wilson, Jonathan Grunberg, Kyle
Winslow, Nicole Wade

ATTORNEYS PRESENT FOR DEFENDANT

Kevin Baine, William Geisen, Nicholas Gamse, Katherine Meeks


PROCEEDINGS: FORMAL ORAL ARGUMENT HEARING


A Formal Oral Argument Hearing was held in the above case on

defendant's motion to dismiss (Doc. 27). The motion to dismiss

is taken under advisement pending further order of the Court.

TIC:   1.16 mins.