IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2:19-00019 (WOB-CJS)

NICHOLAS SANDMANN                                                PLAINTIFF

VS.                                        **JUDGMENT**

WP COMPANY LLC, d/b/a
THE WASHINGTON POST                                              DEFENDANT

Pursuant to the Opinion and Order entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that the Complaint herein be, and is hereby, **DISMISSED WITH PREJUDICE.**

This 26th day of July 2019.

Signed By:
*William O. Bertelsman*  WOB
United States District Judge