# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | | |
|---|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : | CASE NO. 2:19-cv-00019-WOB-CJS  JUDGE BERTELSMAN |
| Plaintiffs, | : : | MAGISTRATE JUDGE SMITH |
| v. | : : : | PLAINTIFF NICHOLAS SANDMANN'S MOTION FOR RELIEF FROM JUDGMENT UNDER |
| WP COMPANY LLC d/b/a THE WASHINGTON POST, | : : : | RULE 60, MOTION FOR RECONSIDERATION UNDER RULE 59, AND FOR LEAVE TO AMEND |
| Defendant. | : : | COMPLAINT UNDER RULE 15 |
| | : | ORAL ARGUMENT REQUESTED |

**NOW COMES** Nicholas Sandmann, by and through his parents and natural guardians, Ted Sandmann and Julie Sandmann, and by and through his counsel, and hereby respectfully moves this Court to reconsider and for relief from its Opinion and Order filed July 26, 2019 [Doc. 47] and Judgment filed July 26, 2019 [Doc. 48] granting Defendant WP Company LLC d/b/a The Washington Post's Motion to Dismiss and dismissing the Complaint with prejudice, based on manifest errors of fact and law. Additionally, Plaintiff Nicholas Sandmann respectfully moves this Court for Leave to Amend his Complaint and asks this Court to vacate the Judgment entered July 26, 2019 [Doc. 48]. A brief in support, a First Amended Complaint, and a proposed order are attached.

Respectfully submitted this 23rd day of August, 2019.

| | |
|---|---|
| **L. LIN WOOD, P.C.** | **HEMMER DEFRANK WESSELS PLLC** |
| */s/ L. Lin Wood* | */s/ Todd V. McMurtry* |
| L. Lin Wood (*pro hac vice*) | Todd V. McMurtry |
| lwood@linwoodlaw.com | Kentucky Bar No. 82101 |
| Nicole Jennings Wade (*pro hac vice*) | tmcmurtry@hemmerlaw.com |
| nwade@linwoodlaw.com | Kyle M. Winslow |
| G. Taylor Wilson (*pro hac vice*) | Kentucky Bar No. 95343 |
| twilson@linwoodlaw.com | kwinslow@hemmerlaw.com |
| Jonathan D. Grunberg (*pro hac vice*) | |
| jgrunberg@linwoodlaw.com | |
| | |
| 1180 W. Peachtree Street, Ste. 2040 | 250 Grandview Drive, Ste. 500 |
| Atlanta, GA 30309 | Ft. Mitchell, KY 41017 |
| Tel: 404-891-1402 | Tel: 859-344-1188 |
| Fax: 404-506-9111 | Fax: 859-578-3869 |

*Trial Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

*/s/ Todd V. McMurtry*
Plaintiff's Counsel
