# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | CASE NO. 2:19-cv-00019-WOB-CJS |
| Plaintiffs, | JUDGE BERTELSMAN |
| v. | MAGISTRATE JUDGE SMITH |
| WP COMPANY LLC d/b/a THE WASHINGTON POST, | ORDER GRANTING PLAINTIFF NICHOLAS SANDMANN'S MOTION FOR RELIEF FROM JUDGMENT, MOTION FOR RECONSIDERATION, AND FOR LEAVE TO AMEND THE COMPLAINT. |
| Defendant. | |

Plaintiff Nicholas Sandmann, having filed a combined motion for relief from judgment, motion for reconsideration, and motion for leave to amend the Complaint, and the Court having reviewed the combined motions and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the motion for relief from judgment, motion for reconsideration, and motion for leave to amend the Complaint are GRANTED. The Opinion and Order filed July 26, 2019 [Doc. #47] and Judgment filed July 26, 2019 [Doc. #48] are hereby vacated and the First Amended Complaint is deemed filed as of the date of this Order.

Dated this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

Tendered by:

***/s/ Todd V. McMurtry***
Todd V. McMurtry
Kentucky Bar No. 82101
tmcmurtry@hemmerlaw.com
Kyle M. Winslow
Kentucky Bar No. 95343
kwinslow@hemmerlaw.com
250 Grandview Drive, Ste. 500
Ft. Mitchell, KY 41017
Tel: 859-344-1188
Fax: 859-578-3869

L. Lin Wood (*pro hac vice*)
lwood@linwoodlaw.com
Nicole Jennings Wade (*pro hac vice*)
nwade@linwoodlaw.com
G. Taylor Wilson (*pro hac vice*)
twilson@linwoodlaw.com
Jonathan D. Grunberg (*pro hac vice*)
jgrunberg@linwoodlaw.com
1180 W. Peachtree Street, Ste. 2040
Atlanta, GA 30309
Tel: 404-891-1402
Fax: 404-506-9111

*Trial Attorneys for Plaintiff*