IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO.: 2:19-CV-19  (WOB-CJS)

NICHOLAS SANDMAN, by and through his
Parents and natural guardians TED and
JULIE SANDMANN                                                                    PLAINTIFF

VS.

WP COMPANY LLC
d/b/a THE WASHINGTON POST                                                DEFENDANT


ORDER


    This matter is before the Court on plaintiff's motion for reconsideration (Doc. 49) and the

Court being sufficiently advised,

    **IT IS ORDERED** that formal oral argument on said motion (Doc. 49) be, and is hereby**,**

**SET FOR WEDNESDAY, OCTOBER 16, 2019, AT 1:00 P.M.** in the 5th floor Courtroom of

the Covington Federal Courthouse, 35 W. 5th Street, Covington, Kentucky.

    Each party shall be allowed 30 minutes. The movant may divide its time.

    This 30th day of September, 2019.




Signed By:
_William O. Bertelsman_  WOB
**United States District Judge**