

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,

    Plaintiffs,

v.

WP COMPANY LLC, d/b/a THE WASHINGTON POST,

    Defendant.

No. 2:19-CV-19-WOB-CJS

### ORDER GRANTING MOTION REGARDING ELECTRONIC DEVICES

Defendant WP Company LLC, doing business as The Washington Post, by and through its counsel, having sought permission for out-of-state counsel for the Washing Post to possess and use electronic devices in the U.S. Courthouse in Covington on October 16, 2019, and the Court having reviewed the motion and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the motion is GRANTED. Specifically, pursuant to General Order 14-11, Thomas G. Hentoff is permitted to possess and use an iPad, and Katherine Moran Meeks is permitted to possess and use a laptop and mifi device in the U.S. Courthouse in Covington on October 16, 2019.

This 15th day of October, 2019.

_William O. Bertelsman_
WILLIAM O. BERTELSMAN
UNITED STATES DISTRICT JUDGE

Tendered by:

*/s/ Bethany A. Breetz*
Philip W. Collier
Bethany A. Breetz
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400

William G. Geisen
STITES & HARBISON, PLLC
100 East RiverCenter Boulevard, Suite 450
Covington, KY 41011
Telephone: (859) 652-7601

Kevin T. Baine (*pro hac vice* motion pending)
Thomas G. Hentoff (*pro hac vice* motion pending)
Nicholas G. Gamse (*pro hac vice* motion pending)
Katherine Moran Meeks (*pro hac vice* motion pending)
Whitney G. Woodward (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000

*Counsel for The Washington Post*