Eastern District of Kentucky
**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CIVIL MINUTES - GENERAL

OCT 16 2019
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CASE NO.: 2:19-19-WOB-CJS   at COVINGTON   DATE: October 16, 2019

Style:  NICHOLAS SANDMANN V. WP COMPANY LLC

Present:  HON. WILLIAM O. BERTELSMAN, UNITED STATED DISTRICT JUDGE

Court Reporter: JOAN AVERDICK   Courtroom Deputy: Elaine Oldiges

Law Clerks: DAWN ROGERS, SPENCER TOLSON, TYLER RICKER

ATTORNEYS PRESENT FOR PLAINTIFF

Todd McMurtry, Lin Wood, Nicole Wade

ATTORNEYS PRESENT FOR DEFENDANT

Kevin Baine, Katherine Meeks, Philip Collier, Thomas Hentoff, Bethany Breetz

PROCEEDINGS: FORMAL ORAL ARGUMENT HEARING

A Formal Oral Argument Hearing was held in the above case on plaintiff's motion for reconsideration (Doc. 49). This matter is taken under submission.

TIC:   1.19 mins.