**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

| | | |
|---|---|---|
| **NICHOLAS SANDMANN**, by and through his parents and natural guardians, **TED SANDMANN** and **JULIE SANDMANN**, | : : : : | **CASE NO. 2:19-cv-19-WOB-CJS** **JUDGE WILLIAM O. BERTELSMAN** |
| **Plaintiffs,** | : : | |
| v. | : : | |
| **WP COMPANY, LLC d/b/a THE WASHINGTON POST,** | : : : | |
| **Defendant.** | : : | |

**PLAINTIFF'S NOTICE OF FILING EXHIBITS (DVDs)
IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT,
FOR RECONSIDERATION OF DISMISSAL WITH PREJUDICE, AND
<u>FOR LEAVE TO AMEND COMPLAINT</u>**

Pursuant to instructions by this Court during the October 16, 2019 hearing on Plaintiff's Motion for Relief from Judgment, for Reconsideration of Dismissal with Prejudice, and for Leave to Amend Complaint (the "Motion" [Doc. 49]), Plaintiff is filing exhibits in further support of his motion. The exhibits are being filed conventionally because they are videos contained on DVDs, which cannot be filed electronically. The exhibits include all videos referenced in Plaintiff's First Amended Complaint.

The exhibits ("DVDs") being filed are as follows:

(1) **DVD 1 – <u>Viral Video</u>** (1 min.) **posted on January 18, 2019, linked to and embedded by Washington Post in all 5 of its online articles** included in the First Amended Complaint

- Also referred to as "<u>**Taitano Video**</u>" or "<u>**2020fight Video**</u>" depending on the video cover image
- Referenced in Plaintiff's First Amended Complaint, at ¶¶ 65-75, 77-78, 194-95, 208-09, 213-14, 250-51, 253, 259, 261, 264-65, 269, 274, 282, 288, 294-95, 299, 302, 326, 337-38, 360, 372-73
- Posted to Instagram by Kaya Taitano, a participant in the Indigenous Peoples March, at https://www.instagram.com/p/Bsy80cfFVAR/

(2) **DVD 2 – <u>Second Taitano Video</u>** (3 min. 44 sec.) **posted on January 18, 2019**

- Second video referenced in Plaintiff's First Amended Complaint, at ¶ 65
- Posted to Instagram by Kaya Taitano, a participant in the Indigenous Peoples March, at https://www.youtube.com/watch?v=sIG5ZB0fw1k

(3) **DVD 3 – <u>Banyamyan Video</u>** (1 hr. 46 min.) **posted on January 18, 2019**

- Referenced in Plaintiff's First Amended Complaint, at ¶¶ 80-82, 88-90, 282, 316

1

- Live video stream on Facebook by Shar Yaqataz Banyamyan, one of the Black Hebrew Israelites, during the January 18 events, and then posted to Facebook immediately after the live video stream was concluded
- Removed from Facebook by Banyamyan but widely available at https://www.youtube.com/watch?v=t3EC1_gcr34&feature=youtu.be&t=523

(4) **DVD 4 – Maria Judy Video** (6 sec.) **posted on Jan. 19, 2019**

- Referenced in Plaintiff's First Amended Complaint, at ¶¶ 84-86
- Posted in tweet by Maria Judy at https://twitter.com/mariajudy_/status/1086681831804674048

(5) **DVD 5 – Video cited by CovCath student** (9 min. 15 sec.) **posted on January 19, 2019**

- Referenced in Plaintiff's First Amended Complaint, at ¶ 86
- Posted to YouTube at http://youtu.be/aK1uWzTtkT8 on January 19, 2019 (currently available at https://www.youtube.com/watch?v=npX801xLSFY)
- Included in statement by CovCath student posted on Twitter by Adam Clements of WKRC-TV, Local 12, on January 19, at https://twitter.com/AClementsWKRC/status/1086822521012473858?ref_src=twsrc%255

(6) **DVD 6 – Nicholas Sandmann:  The Truth in 15 Minutes** (13 min. 58 sec.) posted on February 1, 2019

- Referenced in Plaintiff's First Amended Complaint, at ¶¶ 88-90
- Prepared and posted by counsel for Plaintiff and posted to YouTube at https://www.youtube.com/watch?v=lSkpPaiUF8s

2

(7) **DVD 7 – <u>Taitano Interview of Nathan Phillips</u>** (1 min. 6 sec..) posted on January 18, 2019

- Referenced in Plaintiff's First Amended Complaint, at ¶ 184
- Posted to Instagram by Kaya Taitano, a participant in the Indigenous Peoples March, at https://www.instagram.com/p/Bsy9_7WFDQO/?utm_source=ig_embed&utm_campaign=embed_video_watch_again

Respectfully submitted this 18th day of October, 2019.

| | |
|---|---|
| **L. LIN WOOD, P.C.** | **Hemmer DeFrank Wessels PLLC** |
| */s/ L. Lin Wood* | */s/ Todd V. McMurtry* |
| L. Lin Wood (*pro hac vice*) | Todd V. McMurtry |
| lwood@linwoodlaw.com | Kentucky Bar No. 82101 |
| Nicole Jennings Wade (*pro hac vice*) | tmcmurtry@hemmerlaw.com |
| nwade@linwoodlaw.com | Kyle M. Winslow |
| G. Taylor Wilson (*pro hac vice*) | Kentucky Bar No. 95343 |
| twilson@linwoodlaw.com | kwinslow@hemmerlaw.com |
| Jonathan D. Grunberg (*pro hac vice*) | |
| jgrunberg@linwoodlaw.com | 250 Grandview Drive, Ste. 500 |
| | Ft. Mitchell, KY 41017 |
| 1180 W. Peachtree Street, Ste. 2040 | Tel: 859-344-1188 |
| Atlanta, GA 30309 | Fax: 859-578-3869 |
| Tel: 404-891-1402 | |
| Fax: 404-506-9111 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants, and also served the document, together with the exhibits being filed conventionally, to all counsel via Federal Express.

/s/ Todd V. McMurtry

Plaintiff's Counsel