







Nicholas Sandmann v. WP Company, LLC d/b/a The Washington Post
2:19-cv-00019-WOB-CJS
Judge William O. Bertelsman

Exhibit DVD 5
Video Cited by CovCath Student
9 Minutes 15 Seconds



