UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>        Plaintiffs,<br><br>v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST,<br><br>        Defendant. | No. 2:19-cv-19-WOB-CJS |

**NOTICE REGARDING DVDS FILED BY PLAINTIFF**

At this Court's hearing on Wednesday, October 16, 2019, the Court directed plaintiff, Nicholas Sandmann, to file dvds containing videos regarding the incident at the Washington Memorial that Sandmann would like the Court to consider in connection with the motion. The Court also directed Sandmann to consult with defendant, WP Company LLC, doing business as The Washington Post, before filing. Sandmann's counsel did not recall this direction, but do not object.

Today, October 18, 2019, Sandmann filed seven dvds without first conferring with the Washington Post. Counsel for the defendant called Sandmann's counsel, who advised that he was unable to withdraw the already-filed dvds and agreed that the Post should have time to review the videos before this Court rules on the pending motions.

Accordingly, the parties agree that Sandmann's filing of the dvds was premature. The Washington Post will review the videos filed by Sandmann. Following that review, the Washington Post may have objections to the videos. The Post will expeditiously advise this Court of the outcome of its review.

| | |
|---|---|
| /s/ *Bethany A. Breetz* | Has seen and agreed: |
| Philip W. Collier | |
| Bethany A. Breetz | /s/ *Todd V. McMurtry* (with permission) |
| STITES & HARBISON, PLLC | Todd V. McMurtry |
| 400 West Market Street, Suite 1800 | HEMMER DEFRANK WESSELS, PLLC |
| Louisville, KY  40202-3352 | 250 Grandview Drive, Suite 500 |
| Telephone:  (502) 587-3400 | Ft. Mitchell, KY  41017 |
| | Telephone: (859) 344-1188 |

William G. Geisen
STITES & HARBISON, PLLC
100 East RiverCenter Boulevard
Suite 450 Covington, KY  41011
Telephone:  (859) 652-7601

Kevin T. Baine (admitted *pro hac vice* )
Thomas G. Hentoff (admitted *pro hac vice*)
Nicholas G. Gamse (admitted *pro hac vice* )
Katherine Moran Meeks (admitted *pro hac vice* )
Whitney G. Woodward (admitted *pro hac vice* )
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005

*Counsel for The Washington Post*

### Certificate of Service

I hereby certify that on October 18, 2019, I electronically filed the foregoing motion by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

/s/ *Bethany A. Breetz*
*Counsel for The Washington Post*