# Exhibit A
# DVD Screenshots

**Screenshots From Plaintiff's DVD Submissions**

DVD 2 – "Second Taitano Video," at 3:41



DVD 3 – "Banamyan Video," at 1:14:29



DVD 5 – "Video Cited by CovCath Student," at 0:41



DVD 6 – "Nicholas Sandmann: The Truth in 15 Minutes," at 7:09

