# EXHIBIT J - 2

EXHIBIT J - 2







"Opposed to the dignity of the human person": Kentucky Catholic diocese condemns teens who taunted vet at March for Life



'Opposed to the dignity of the human person': Kentucky Catholic diocese conde...
The video comes as Catholics debate the March for Life and partisan politics.
washingtonpost.com

3:06 PM · Jan 20, 2019 · SocialFlow






**Welcome!**

Twitter just got lots of new features. You can personalize your color and the size of your text, as well as control your dark mode selection, right now.




**Relevant people**




Breaking news, analysis, and opinion. Founded in 1877. Our staff on Twitter: twitter.com/washingtonpost...

**Trends for you**

