Eastern District of Kentucky
**F I L E D**

JAN -2 2020

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>Plaintiff,<br><br>v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST<br><br>Defendant. | CASE NO. 2:19-cv-00019-WOB-CJS<br><br>JUDGE BERTLESMAN<br><br>MAGISTRATE JUDGE SMITH<br><br>ORDER GRANTING JOINT MOTION EXTENDING TIME TO SUBMIT DISCOVERY PLANS (R 43) |

The Court, having considered the parties Joint Motion to extend time to submit Discovery Plans (R 69), and the same being well taken, the extension of time until Friday, January 3, 2020 is hereby GRANTED.

Dated this 2nd day of Jan , 2020.

William C. Bertelsman
UNITED STATES DISTRICT JUDGE

Tendered by:

For Plaintiffs:

**/s/ Todd V. McMurtry**
Todd V. McMurtry
Kentucky Bar No. 82101
tmcmurtry@hemmerlaw.com

**HEMMER DEFRANK WESSELS PLLC**
250 Grandview Drive, Ste. 500
Ft. Mitchell, KY 41017
Tel: 859-344-1188
Fax: 859-578-3869


**/s/ L. Lin Wood**
L. Lin Wood (*pro hac vice*)
lwood@linwoodlaw.com
Nicole Jennings Wade (*pro hac vice*)
nwade@linwoodlaw.com
G. Taylor Wilson (*pro hac vice*)
twilson@linwoodlaw.com
Jonathan D. Grunberg (*pro hac vice*)
jgrunberg@linwoodlaw.com

**L. LIN WOOD, P.C.**
1180 W. Peachtree Street, Ste. 2040
Atlanta, GA 30309
Tel: 404-891-1402
Fax: 404-506-9111

For Defendant:

**/s/ Bethany Breetz**
Philip W. Collier
Bethany A. Breetz
**STITES & HARBISON PLLC**
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Tel: 502-587-3400

William G. Geisen
**STITES & HARBISON PLLC**
100 E. RiverCenter Blvd., Suite 450
Covington, KY 41011
Tel: 859-652-7600

Kevin T. Baine *(pro hac vice)*
Thomas G. Hentoff *(pro hac vice)*
Nicholas G. Gamse *(pro hac vice)*
Katherine Moran Meeks *(pro hac vice)*
Whitney G. Woodward *(pro hac vice)*
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000

2