IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2:19-00019 (WOB-CJS)

NICHOLAS SANDMANN                                              PLAINTIFF

VS.

WP COMPANY LLC, d/b/a
THE WASHINGTON POST                                            DEFENDANT

* * *

CIVIL ACTION NO. 2:19-00031 (WOB-CJS)

NICHOLAS SANDMANN                                              PLAINTIFF

VS.

CABLE NEWS NETWORK, INC.                                       DEFENDANT

* * *

CIVIL ACTION NO. 2:19-00056 (WOB-CJS)

NICHOLAS SANDMANN                                              PLAINTIFF

VS.

NBCUNIVERSAL MEDIA, LLC                                        DEFENDANT

## ORDER

These cases came before the Court on Tuesday, January 7, 2020 for a Rule 26 scheduling conference.  Plaintiff was represented by L. Lin Wood, G. Taylor Wilson, Jonathan Grunberg, Kyle Winslow, Nicole Jennings Wade, and Todd McMurtry.  Defendant WP Company LLC

d/b/a The Washington Post was represented by Kevin Baine, Nicholas Gamse, Philip Collier, Thomas Hentoff, and William Geisen. Defendant Cable News Network, Inc. ("CNN") was represented by Amanda Brooke Stubblefield, Charles Tobin, James E. Burke, and Leita Walker. Defendant NBC Universal Media, LLC was represented by James Stephen Smith and John Greiner. Official court reporter Joan Averdick recorded the proceedings.

Several developments were reported at this conference. First, plaintiff and defendant CNN informed the Court that they have reached a tentative resolution of plaintiff's claims against CNN.

Second, plaintiff informed the Court that he intended to file at least one additional suit against another media defendant. After discussion, the parties were in agreement that judicial efficiency would be served by deferring completion of the scheduling conference until that, and any other, suit is filed and any preliminary motions therein are resolved.

Therefore, having heard from the parties, and the Court being advised,

**IT IS ORDERED** that:

(1) The parties shall submit a proposed agreed order **on or before Monday, January 13, 2020,** setting forth a proposed timeline for plaintiff's filing of any additional suits in this Court;

2

(2) **On or before Tuesday, January 21, 2020,** plaintiff and CNN shall file a joint status report advising the Court of how they propose to finalize their settlement and, given that plaintiff is a minor, what approval they will need to seek from this and any other Court; and

(3) Completion of the scheduling conference and commencement of any discovery are hereby **STAYED** pending further order of the Court.

This 8th day of January 2020.



Signed By:
*William O. Bertelsman* WOB
**United States District Judge**

TIC: 56 min.