# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | | |
|---|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : | CASE NO. 2:19-cv-00019-WOB-CJS |
| | : | JUDGE BERTELSMAN |
| | : : | MAGISTRATE JUDGE SMITH |
| Plaintiff, | : : | |
| v. | : : : | MOTION OF KYLE M. WINSLOW TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF |
| WP COMPANY LLC d/b/a THE WASHINGTON POST, | : : : | |
| Defendant. | : : | |

Kyle M. Winslow, under LR 83.6, hereby moves the Court for leave to withdraw as counsel of record for Plaintiff Nicholas Sandmann, by and through his parents and natural guardians, Ted Sandmann and Julie Sandmann. In support of this Motion, undersigned counsel states as follows:

1. I have accepted a position with the U.S. Attorney's Office for the Eastern District of Kentucky.

2. Todd V. McMurtry and L. Lin Wood will continue to represent Plaintiff in this action.

3. There is no trial or hearing on any motion for judgment or dismissal scheduled within the next twenty-one (21) days.

4. Plaintiff is aware of and consents to this withdrawal, as evidenced by **EXHIBIT A**, attached.

Respectfully submitted,

*/s/ Kyle M. Winslow*
Todd V. McMurtry (KBA No. 82101)
Kyle M. Winslow (KBA No. 95343)
HEMMER DEFRANK WESSELS PLLC
250 Grandview Drive, Suite 500
Fort Mitchell, Kentucky 41017
(859) 344-1188
(859) 578-3869 (fax)
tmcmurtry@HemmerLaw.com
kwinslow@HemmerLaw.com

and

L. Lin Wood (*pro hac vice*)
L. LIN WOOD, P.C.
1180 W. Peachtree Street, Suite 2040
Atlanta, GA 30309
(404) 891-1402
(404) 506-9111 (fax)
lwood@linwoodlaw.com

*Trial Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on May 1, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties indicated on the electronic filing receipt.

*/s/ Kyle M. Winslow*
Kyle M. Winslow