## EXHIBIT A

Nicholas Sandmann, by and through his parents and natural guardians, Ted Sandmann and Julie Sandmann, hereby acknowledge, consent to, and authorize the withdrawal of Kyle M. Winslow as Plaintiff's counsel of record in the following actions:

*Sandmann v. WP Company LLC d/b/a The Washington Post*, Case No. 2:19-cv-00019-WOB-CJS

*Sandmann v. Cable News Network, Inc.*, Case No. 2:19-cv-00031-WOB-CJS

*Sandmann v. NBCUniversal Media, LLC*, Case No. 2:19-cv-00056-WOB-CJS

*Sandmann v. The New York Times Company d/b/a The New York Times*, Case No. 2:20-cv-00023-WOB-CJS

*Sandmann v. CBS News, Inc., et al.*, Case No. 2:20-cv-00024-WOB-CJS

*Sandmann v. ABC News, Inc., et al.*, Case No. 2:20-cv-00025-WOB-CJS

*Sandmann v. Gannett Co., Inc.*, Case No. 2:20-cv-00026-WOB-CJS

*Sandmann v. Rolling Stone, LLC, et al.*, Case No. 2:20-cv-00027-WOB-CJS

_____
Ted Sandmann

Date: 5/1/20

_____
Julie Sandmann

Date: 5/1/20