# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : CASE NO. 2:19-cv-00019-WOB-CJS : : JUDGE BERTELSMAN : : MAGISTRATE JUDGE SMITH |
| Plaintiff, | : |
| v. | : ORDER GRANTING MOTION OF : KYLE M. WINSLOW TO : WITHDRAW AS COUNSEL OF |
| WP COMPANY LLC d/b/a THE WASHINGTON POST, | : RECORD FOR PLAINTIFF : : |
| Defendant. | : : |

This matter is before this Court on the Motion of Kyle M. Winslow to withdraw as counsel of record for Plaintiff. Having considered the Motion and being otherwise sufficiently advised, the Court hereby **GRANTS** the Motion. Kyle M. Winslow is hereby withdrawn as counsel of record for Plaintiff.

IT IS SO ORDERED this ____ day of _____, 2020.

_____
United States District Judge

_____
United States Magistrate Judge