UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,

    Plaintiffs,

v.

WP COMPANY LLC, d/b/a THE WASHINGTON POST,

    Defendant.

No. 2:19-cv-19-WOB-CJS

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby STIPULATED AND AGREED by and between the parties that the Complaint in this matter should be, and hereby is, dismissed with prejudice, with each side to bear its own costs.

| For the Plaintiff: | For the Defendant: |
|---|---|
| /s/ *Todd V. McMurtry* <br> Todd V. McMurtry <br> Kentucky Bar No. 82101 <br> tmcmurtry@hemmerlaw.com <br><br> HEMMER DEFRANK WESSELS PLLC <br> 250 Grandview Drive, Suite 500 <br> Ft. Mitchell, KY 95343 <br> Phone: (859) 344-1188 <br> Fax: (859) 578-3869 <br><br> /s/ *L. Lin Wood* <br> L. Lin Wood (*pro hac vice*) <br> lwood@linwoodlaw.com | /s/ *Philip W. Collier* <br> Philip W. Collier <br> Bethany A. Breetz <br><br> STITES & HARBISON, PLLC <br> 400 West Market Street, Suite 1800 <br> Louisville, KY 40202 <br> Phone: (502) 587-3400 <br><br> William G. Geisen <br><br> STITES & HARBISON, PLLC <br> 100 East RiverCenter Boulevard <br> Suite 450 Covington, KY 41011 <br> Phone: (859) 652-7601 |

| | |
|---|---|
| L. LIN WOOD P.C.<br>1180 W. Peachtree Street, Ste. 2040<br>Atlanta, GA 30309<br>Phone: (404) 891-1402<br>Fax: (404) 506-9111 | */s/ Kevin T. Baine*<br>Kevin T. Baine (*pro hac vice*)<br>Thomas G. Hentoff (*pro hac vice*)<br>Nicholas G. Gamse (*pro hac vice*)<br>Katherine Moran Meeks (*pro hac vice*)<br>Whitney G. Woodward (*pro hac vice*)<br><br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Phone: (202) 434-5000<br>Fax: (202) 434-5029 |

1